**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| H-D U.S.A., LLC and HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SQUARE WEAR, LLC; TAYLOR MADE ENTERPRISES, LLC d/b/a TAYLOR MADE APPERAL; ANTHONY BOWERS; and DAVID COLEMAN,<br><br>Defendants. | **REQUEST FOR CLERK'S ENTRIES OF DEFAULT**<br><br>Case No. 20-10644<br><br>The Honorable Denise Page Hood |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1, Plaintiffs H-D U.S.A., LLC and Harley-Davidson Motor Company Group, LLC (collectively, "H-D"), respectfully request Clerk's Entries of Default against Defendants Square Wear LLC, Taylor Made Enterprises LLC d/b/a Taylor Made Apperal, Anthony Bowers, and David Coleman (collectively, "Defendants"). H-D submits herewith the concurrently filed Declaration of Lyndsay S. Ott establishing that H-D meets all requirements for Clerk's Entries of Default against Defendants because none appear to be infants, incompetents, or active U.S. military service members, and they failed to plead or otherwise respond properly under Federal Rule of Civil Procedure 12 even though they were personally served.

1

                          Respectfully submitted,

Dated: April 9, 2020         By:/s/Lyndsay S. Ott

                          WARNER NORCROSS + JUDD LLP
                          Lyndsay S. Ott (P72949)
                          lott@wnj.com
                          45000 River Ridge Drive, Suite 300
                          Clinton Twp., MI 48038
                          Phone: 248-784-5080
                          Fax: 248-603-9680

Of counsel:
KELLY IP, LLP
David M. Kelly
david.kelly@kelly-ip.com
Sara Copeland Parker
sara.parker@kelly-ip.com
1300 19th Street, N.W., Suite 300
Washington, D.C. 20036
Phone: 202-808-3570
Fax: 202-354-5232

                          *Attorneys for Plaintiffs*
                          *H-D U.S.A., LLC and*
                          *Harley-Davidson Motor Company Group, LLC*

19915538