UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

H–D U.S.A., LLC, et al.,

                Plaintiff(s),

v.                                     Case No. 2:20–cv–10644–DPH–RSW
                                          Hon. Denise Page Hood

Square Wear LLC, et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  David Coleman

   The default of the party named above for failure to plead or otherwise defend is entered.

### Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                          DAVID J. WEAVER, CLERK OF COURT

                                          By: s/ L. Granger
                                                  Deputy Clerk

Dated:  April 9, 2020