## STIPULATION

The undersigned stipulate to the entry of the foregoing Final Judgment and Permanent Injunction and Other Relief against Defendants Anthony Bowers and Taylor Made Enterprises, LLC d/b/a Taylor Made Apperal.

Counsel for Plaintiffs

By: _____  Dated: _____, 2020
WARNER NORCROSS + JUDD LLP
Lyndsay S. Ott (P72949)
lott@wnj.com
45000 River Ridge Drive, Suite 300
Clinton Twp., MI 48038
Phone: 248-784-5080
Fax: 248-603-9680

Defendant Anthony Bowers

By: _____  Dated: 5/12, 2020
  Anthony Bowers

Defendant Taylor Made Enterprises, LLC d/b/a Taylor Made Apperal

By: _____  Dated: 5/12, 2020
  Anthony Bowers
  Registered agent,
  Taylor Made Enterprises, LLC
  d/b/a Taylor Made Apperal